UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
Karen Dorothy Wallace,   Case No: 3:18-bk-00025-PMG
_____ Debtor.  /

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED FREEDOM MORTGAGE CORPORATION

COMES NOW, Robert Altman, Trustee, who files this Response to Motion for Relief From Stay Filed by Freedom Mortgage Corporation [Doc. No. 16] filed on March 27, 2018, and would state:

1. The Trustee has researched the value of property at issue in this case and believes equity exists and/or that a carve out can be provided for the benefit of the estate.

2. The Trustee has employed Naji Hassan of 7 Star Realty, Inc. as Realtor for the Estate [Doc. No. 13].

3. The realtor is working to locate a buyer for the property and believes a short sale and carve-out for the estate can be realized.

4. The Trustee opposes the motion filed by Freedom Mortgage Corporation.

Dated: April 11, 2018.

ROBERT ALTMAN, P.A.
/S/ Robert Altman
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, Florida 32178-0922
(386) 325-4691

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Trustee's Response to Motion for Relief From Stay has been furnished by U.S. first class mail or electronic filing CM/ECF to Karen Dorothy Wallace, 2154 Sheridan St., No. 2, Jacksonville, FL 32207, to Melanie Sacks, Esquire, 1656 Emerson St., Ste. B, Jacksonville, FL 32207; and to Corey, Kildow, Esquire, Attorney for Freedom Mortgage Corporation, The Geheren Firm, P.C., 400 N. Tampa St., Ste. 1050, Tampa, FL 33602 on April 11, 2018.

/S/ Robert Altman
**Robert Altman, Trustee**